J. S31045/21

Filed 12/29/2021

# IN THE SUPERIOR COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| COMMONWEALTH OF PENNSYLVANIA | : | No. 1047 EDA 2021 |
|---|---|---|
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ANN LUTZ | : | |
| | : | |
| Appellant | : | |

## **ORDER**

IT IS HEREBY ORDERED:

THAT upon consideration of the application for reargument filed November 22, 2021 in this appeal, the Court hereby grants **panel reconsideration**;

THAT the decision of this Court filed November 15, 2021, is hereby withdrawn; and

THAT the parties need not file any additional briefs.

PER CURIAM